130 A.3d 1282

Vamsidhar VURIMINDI, Petitioner

v.

Honorable Judge Diana ANHALT and Honorable Shelia Woods–Skipper and Court of Common Pleas, Philadelphia, Respondents.

No. 155 EM 2015.

Supreme Court of Pennsylvania.

Jan. 27, 2016.

## ORDER

PER CURIAM.

AND NOW, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED.** The Prothonotary is **DIRECTED** to strike the name of the jurists from the caption.

Justice EAKIN did not participate in the consideration or decision of this matter.